```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 02375
   AMY SMITH DILLARD
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1450


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 01/26/2005 and was confirmed 03/30/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 07/23/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI  CURRENT MORTG          .00             .00           .00
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE      4116.12             .00       4116.12
CITIMORTGAGE INC          NOTICE ONLY      NOT FILED             .00           .00
LINCOLNWAY MANAGEMENT     CURRENT MORTG          .00             .00           .00
LINCOLNWAY MANAGEMENT     MORTGAGE ARRE      3100.00             .00       2708.29
LINCOLNWAY MANAGEMENT     NOTICE ONLY      NOT FILED             .00           .00
TOYOTA MOTOR CREDIT       SECURED            6200.00         1117.10       5262.71
TOYOTA MOTOR CREDIT       UNSECURED          8050.21             .00           .00
AMERICAN EXPRESS TRAVEL   UNSECURED          1161.28             .00           .00
RESURGENT ACQUISITION LL  UNSECURED           976.83             .00           .00
OAKS OF FOREST HILLS      SECURED NOT I      2891.51             .00           .00
ECAST SETTLEMENT CORP     UNSECURED          1870.58             .00           .00
ECAST SETTLEMENT CORP     UNSECURED          4137.93             .00           .00
ECAST SETTLEMENT CORP     UNSECURED          2401.28             .00           .00
OAKS OF FOREST HILLS      COST OF COLLE          .00             .00           .00
SIR FINANCE               FILED LATE         1020.00             .00           .00
NICOLE G LAWSON           DEBTOR ATTY       2,094.00                       2,094.00
TOM VAUGHN                TRUSTEE                                            901.78
DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 16,200.00

PRIORITY                                              .00
SECURED                                         12,087.12
     INTEREST                                    1,117.10
UNSECURED                                             .00
ADMINISTRATIVE                                   2,094.00
TRUSTEE COMPENSATION                               901.78

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 02375 AMY SMITH DILLARD
```

```
DEBTOR REFUND                                                           .00
                                          ---------------   ---------------
TOTALS                                          16,200.00         16,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 10/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```